**Electronically Filed
Supreme Court
SCWC-17-0000068
27-AUG-2019
07:48 AM**

SCWC-17-0000068

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

DEXTER J. SMITH,
Petitioner/Petitioner-Appellant,

vs.

STATE OF HAWAI'I,
Respondent/Respondent-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-17-0000068; S.P.P. NO. 16-1-0009; (CR. NO. 12-1-1834))

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Petitioner-Appellant Dexter J. Smith's

application for writ of certiorari, filed on July 15, 2019, is

hereby rejected.

DATED: Honolulu, Hawai'i, August 27, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

